UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDEN TRAGER, and,
MAYHEM SERVICES, LLC,

Defendants.

NO. CR25-005 LK

**PRAECIPE FOR A SUMMONS**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

You will please issue a summons on an Indictment filed herein to:

BRANDEN TRAGER
MAYHEM SERVICES, LLC
c/o JEFFREY KRADEL
1455 Leary Wy NW Suite 400
Seattle, WA 98107

//
//
//

SUMMONS - 1
*United States v. Branden Trager, et al.*
USAO No. 2023R00105

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Brian A. Tsuchida, on January 23, 2025, at 9:00AM, to answer to an Indictment charging violations of Title 18, United States Code, Section 371, Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B), and Title 18, United States Code, Section 2.

DATED this 15th day of January, 2025.

s/ Ryan Connors
RYAN C. CONNORS
Senior Trial Attorney
U.S. Department of Justice
Environmental Crimes Section

**SECRET**: NO

SUMMONS - 2
*United States v. Branden Trager, et al.*
USAO No. 2023R00105

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970