UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRANDEN TRAGER, et al.,<br><br>          Defendants. | CASE NO. 2:25-cr-00005-LK<br><br>ORDER CONTINUING TRIAL |

This matter comes before the Court on the Unopposed Motion to Continue Trial and Reset Deadline for Pretrial Motions by Defendants Branden Trager and Mayhem Services, LLC ("Mayhem"). Dkt. No. 17. Defendants seek to continue their trial date from April 28, 2025 to September 29, 2025, and to reset the deadline for pretrial motions to August 18, 2025. *Id.* at 1. The Government does not oppose the motion. *Id.* at 1–2.

Mr. Trager and Mayhem are charged with conspiracy to violate the Lacey Act, Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(A), by knowingly importing, exporting, transporting, selling, receiving, acquiring, and purchasing in interstate or foreign commerce any wildlife taken, possessed, transported, and sold in violation of any foreign law, all

ORDER CONTINUING TRIAL - 1

in violation of Title 18, United States Code, Section 371; and with trafficking under the Lacey Act by knowingly engaging in conduct that involved the sale and purchase of, and the offer of sale and purchase of, wildlife with a market value in excess of $350, and knowingly transporting said wildlife knowing that said wildlife was taken and possessed in violation of, and in a manner unlawful under, any law, regulation, and treaty of the United States, specifically the Migratory Bird Treaty Act, 16 U.S.C. § 703, and 50 C.F.R. §§ 10.12, 20.21(d), 20.21(h), 20.24, 20.25, 20.31, 20.33, 20.38, 20.41, 20.42, all in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B), and Title 18, United States Code, Section 2. Dkt. No. 1 at 7, 11, 12. At the arraignment, Mr. Trager and Mayhem pleaded not guilty to the charges. Dkt. No. 12. At the detention hearing, Mr. Trager was released on bond. *Id.*

Mr. Trager and Mayhem request a continuance so the parties have additional time to complete discovery and ongoing investigation as well as to continue efforts to resolve the matter without a trial. Dkt. No. 17 at 2. This case involves alleged conduct in both the United States and Canada, as well as law enforcement and lay witnesses located in Canada and in multiple states outside of Washington. *Id.* Mr. Trager and Mayhem aver that investigation will therefore take longer than a case involving only Seattle residents or local law enforcement. *Id.* Mr. Trager and Mayhem have waived their speedy trial rights up to and including October 13, 2025. Dkt. No. 20 at 1–2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, Mr. Trager, and Mayhem in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to defense counsel's need for more time to complete discovery, and continue ongoing investigations

in Washington as well as other jurisdictions. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel, Mr. Trager, and Mayhem reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 17, and ORDERS that the trial date for Mr. Trager and Mayhem shall be continued from April 28, 2025 to September 29, 2025, and that the pretrial motions deadline shall be continued from March 14, 2025 to August 18, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Trager and Mayhem's trial must commence under the Speedy Trial Act.

Dated this 26th day of March, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER CONTINUING TRIAL - 3