EXHIBIT 1

Joint Factual Statement

1.    Defendants TRAGER and MAYHEM, acting through its agents and employees, including TRAGER, who were acting within the scope of their agency and employment for the intended benefit, at least in part, of MAYHEM, admit guilt to the charged offense. The parties agree on the following facts:

a.    The Lacey Act made it unlawful for any person, including a corporation, to knowingly engage in conduct that involved the sale and purchase of wildlife and to knowingly transport and attempt to transport said wildlife that in the exercise of due care they should have known were taken and possessed in violation of, and in a manner unlawful under, any law, regulation, and treaty of the United States and in violation of foreign law. 16 U.S.C. §§ 3372(a)(1), 3372(a)(2)(A), 3372(a)(4), and 3373(d).

b.    Under the Lacey Act, it was deemed a sale or purchase for a person for money or other consideration to offer or provide guiding, outfitting, or other services; or a hunting license or permit for the illegal taking acquiring, receiving, transporting, or possessing of wildlife. 16 U.S.C. § 3372(c).

c.    The Migratory Bird Treaty Act ("MBTA") implemented U.S. treaties with Canada, Japan, Mexico, and Russia to ensure sustainable populations of migratory birds. The MBTA made it unlawful, at any time, by any means or in any manner, to pursue, hunt, take, capture, kill, attempt to take, capture, or kill, possess, offer for sale, sell, offer to barter, barter, offer to purchase, purchase, deliver for shipment, ship, export, import, cause to be shipped, exported, or imported, deliver for transportation, transport or cause to be transported, carry or cause to be carried, or receive for shipment, transportation, carriage, or export, any migratory bird native to the United States or its territories without a permit. 16 U.S.C. § 703.

d.    "Take" meant to pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to do the same. 50 C.F.R. § 10.12.

e. Under the MBTA it was illegal:

1. to take migratory game birds from or by means, aid, or use of any motor vehicle or motor-driven land conveyance. 50 C.F.R. § 20.21(d).

2. to take migratory game birds by any means or aid of any motor-driven land, water, or air conveyance, or any sailboat used for the purpose of or resulting in the concentrating, driving, rallying, or stirring up of any migratory bird. 50 C.F.R. § 20.21(h)

3. to take in any one calendar day more than the daily bag limit or possess more migratory game birds taken in the United States than the possession limit. 50 C.F.R. §§ 20.24, 20.33.

4. to kill or cripple any migratory game bird without making a reasonable effort to retrieve the bird, and retain it in their actual custody, at the place where taken or between that place and either (a) their automobile or principal means of land transportation; or (b) their personal abode or temporary or transient place of lodging; or (c) a migratory bird preservation facility; or (d) a post office; or (e) a common carrier facility. 50 C.F.R. § 20.25.

5. to transport, possess, or have in custody any migratory game bird or part thereof taken in violation of the MBTA. 50 C.F.R. §§ 20.31, 20.41.

6. to transport migratory birds belonging to another person unless such bird was tagged as required 50 C.F.R. § 20.42.

f. Every migratory game bird wounded by hunting and reduced to possession by the hunter was to be immediately killed and become part of the daily bag limit. 50 C.F.R. § 20.38.

g.    The harlequin duck (*Histrionicus histrionicus*) was a small sea duck with a habitat ranging from Alaska to California prized by hunters.

h.    The Washington Division of Fish and Wildlife closed harlequin hunting for the 2022 – 2023 season, prohibiting any take or harvest. Wash. Admin. Code 220-416-060 (2022).

i.    It was lawful in British Columbia, Canada, for hunters to take two harlequins per day during the 2022 – 2023 season. British Columbia Wildlife Act ("B.C.W.A."), Hunting Regulation § 12(a)(vi).

j.    British Columbia law regulated the hunting and guiding of hunts for birds:

1. All birds listed in the Migratory Birds Convention Act, which included the harlequin, were listed as game birds. B.C.W.A., Designation and Exemption Regulation § 14(b). Game birds were classified as small game. *Id.* § 15(j).

2. It was unlawful for a person to guide for game or offer to guide for game unless they held a guide outfitter license or accompanied or assisted a person to hunt game birds or small game on land other than Crown land. B.C.W.A. §§ 48(1)(a), (d).

3. A British Columbia guide outfitter license was only eligible for Canadian citizens or permanent residents. B.C.W.A. § 51(1)(a)(i).

4. A "guide" meant a person who, for compensation or reward received or promised, accompanied and assisted another person to hunt wildlife, but did not include a guide for fish. B.C.W.A. § 1(1).

5. A "guide outfitter" meant a person licensed as a guide outfitter under this Act. *Id.*

k.    TRAGER and MAYHEM knowingly engaged in conduct that involved the sale and purchase of wildlife and knowingly transported and attempted to transport said wildlife that in the exercise of due care they should have known was taken and possessed in violation of and in a manner unlawful under any foreign law or any law, regulation, and treaty of the United States, or to attempt to do so, or to aid and abet another in the commission of such conduct.

l.    Throughout the relevant period, TRAGER and MAYHEM guided hunts in British Columbia, Canada, for the harlequin and other birds without the required guide outfitter license. TRAGER and MAYHEM received payments in exchange for guiding waterfowl hunting trips in Washington and Canada, transported hunters across the U.S. border, and guided hunts in Canada.

m.    Also during the relevant period, TRAGER and MAYHEM aided and abetted the acceptance of money to taxidermy birds hunted in Canada and export them to the United States.

n.    For example, between November 14, 2022, and November 18, 2022, in exchange for money, TRAGER professionally guided a hunting group in British Columbia, Canada, resulting in the shooting of birds. TRAGER drove the hunters across the border at Blaine, Washington. During that trip, and others, TRAGER facilitated providing the hunters' birds for a taxidermist in preparation for exportation to the United States. TRAGER professionally guided a similar trip in Canada between December 14, 2022, and December 19, 2022.

o.    Further, between January 6, 2023, and January 8, 2023, TRAGER guided a hunting group near Tacoma, Union, and Long Beach in the Western District of Washington. During the hunting trip, TRAGER and MAYHEM engaged in violations of the MBTA.

//

//

//