AO 245F  (Rev. 11/25) Amended Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Washington

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| MAYHEM SERVICES, LLC | CASE NUMBER: 2:25CR00005LK-002 |
| | Jeffrey L. Kradel |
| | Defendant Organization's Attorney |

**Date of Original Judgment: December 3, 2025**
**(or Date of Last Amended Judgment)**
**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))  ☒ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)
☐ Reduction of Sentence for Changed Circumstances Fed. R. Crim. P. 35(b)   ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))   ☐ Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT ORGANIZATION:

☒ pleaded guilty to count(s)  1 of the second Superseding Information.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 16 U.S.C. §3372(a)(1), 16 U.S.C. §3372(a)(2)(A),16 U.S.C. §3372(a)(4), and 16 U.S.C. §3373(d)(2) | Lacey Act Trafficking | January 8, 2023 | 1 |

The defendant organization is sentenced as provided in pages 2 through  5  of this judgment.

☐ The defendant organization has been found not guilty on count(s)

☒ Count(s)  1-2 of the Indictment & Dkt 23   ☐ is  ☒ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 0252536378

December 3, 2025
Date of Imposition of Judgment

Defendant Organization's Principal Business Address:

20123 Northeast 174th Street, Brush Prairie, WA 98606

*/s/ Lauren King*
Signature of Judge

Defendant Organization's Mailing Address:

20123 Northeast 174th Street, Brush Prairie, WA 98606

Lauren King, United States District Judge
Name and Title of Judge

December 4, 2025
Date

AO 245F (Rev. 11/25) Amended Judgment in a Criminal Case for Organizational Defendants
Sheet 2 – Probation

Judgment—Page 2 of 5

DEFENDANT ORGANIZATION: MAYHEM SERVICES, LLC
CASE NUMBER: 2:25CR00005LK-002

# PROBATION

The defendant organization is hereby sentenced to probation for a term of: _____three years_____.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245F   (Rev. 11/25) Amended Judgment in a Criminal Case for Organizational Defendants
         Sheet 2B - Probation

Judgment—Page **3** of **5**

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall comply with all federal, state and tribal laws and regulations governing the acquisition, purchase, transport, export of fish or wildlife. If the Court determines by a preponderance of the evidence that Defendant has violated this provision the term of probation, the appropriate remedy will be the addition of a new condition that prohibits Defendant from engaging purchase, transport, sale, or export of fish or wildlife.

2. The defendant shall provide the probation officer with access to any requested financial information including authorization to credit checks and obtain copies of the defendant's federal income tax returns.

3. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obtaining a loan approval of the defendant's U.S. Probation Officer.

4. The defendant shall disclose all assets and liabilities to the probation office. The defendant shall not transfer, sell, give a otherwise convey any asset, without first consulting with the probation office.

5. The defendant shall submit his or her person, property, house, residence, storage unit, vehicle, papers, computers (as define U.S.C. §1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a States probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evid a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn ar occupants that the premises may be subject to searches pursuant to this condition.

6. A fine in the amount of $75,000 is due immediately. Any unpaid amount is to be paid during the period of supervision in r installments of not less than 10% of the defendant's gross monthly household income. Interest on the fine shall be waived.

7. The defendant is required to make a written public statement detailing his contrition for committing the offense and emphasi: importance of hunting, guiding, and wildlife regulations.

8. Mayhem Services, LLC must remain in good standing with all Washington corporation requirements and regulations during any period of probation imposed by the Court and while it owes a fine.

AO 245F    (Rev. 11/25) Amended Judgment in a Criminal Case for Organizational Defendants
Sheet 3 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT ORGANIZATION:    MAYHEM SERVICES, LLC
CASE NUMBER:    2:25CR00005LK-002

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 125 | $ 75,000 | $ Not applicable |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:
☒ the interest requirement is waived for   ☒ fine   ☐ restitution.
☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245F  (Rev. 11/25) Amended Judgment in a Criminal Case for Organizational Defendants
         Sheet 4 — Schedule of Payments

Judgment — Page 5 of 5

DEFENDANT ORGANIZATION:   MAYHEM SERVICES, LLC
CASE NUMBER:   2:25CR00005LK-002

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C or ☐ D below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.